**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | IN PROCEEDINGS UNDER |
| ) | CHAPTER 7 |
| SARAH J. CHILDERS, ) | |
| ) | Case No. 10-41341 |
| ) | |
| Debtors. ) | |
| xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx ) | |
| ) | |
| DANA S. FRAZIER, TRUSTEE OF THE ) | |
| ESTATE OF SARAH J. CHILDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Adversary No. 12- |
| ) | |
| SARAH J. CHILDERS, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT TO REVOKE DISCHARGE OF THE DEBTOR**

COMES NOW plaintiff, Dana S. Frazier, pursuant to 11 U.S.C. Section 727(d), and respectfully alleges:

1. Plaintiff, Dana S. Frazier, is the duly qualified and acting Trustee in this case.

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Sections 1334.

3. This is a core proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (J). Venue properly lies in this judicial district pursuant to 28 U.S.C. Section 1409(a), in that the instant adversary proceeding is related to the above-captioned case under title 11 of the United States Code which is still pending.

4. On November 9, 2011, this Court entered an Order wherein the Debtor was required to pay $3,006.00 to the Bankruptcy Estate representing the nonexempt

equity in her 2009 income tax refund ($856.00) and nonexempt equity in a 2006 Lincoln vehicle ($2,150.00) and compel production of certain documents, namely:

    a)    bank statements from Old National Bank checking account for July 20, 2010 through August 30, 2010;

    b)    check register for the SIU Credit Union account;

    c)    current statement from Knights of Columbus life insurance company identifying the type of policy, owner, insured, cash value and designated beneficiary;

    d)    current statement from Monumental life insurance company identifying the type of policy, owner, insured, cash value and designated beneficiary;

    e)    copy of deed and other transfer documents to evidence the transfer of real estate to Michael Childers on 12/28/2007;

    f)    copies of filed 2010 income tax returns no later than 45 days after the date of November 9, 2011.

5. The Debtor has failed to turn over the funds or produce any documents.

6. The Order entered November 9, 2011, provided that the Debtor's failure to comply could result in sanctions against the Debtor including but not limited to dismissal of her bankruptcy case.

7. On December 10, 2010, the Debtor was granted a discharge under Section 727 of the Bankruptcy Code.

9. The Debtor's discharge should be revoked pursuant to 11 U.S.C. Sections 727(d)(3) and 727(a)(6) as the Debtor has refused to obey a lawful order of this Court.

WHEREFORE, plaintiff prays that the discharge of the Debtor, Sarah J. Childers, defendant herein, be revoked, and for such other and further relief as the Court deems just and proper.

Dated:  March 1, 2012

                                            Respectfully Submitted,

                                            /s/ Dana S. Frazier
                                            Dana S. Frazier, 06242921
                                            Attorney for Trustee

Dana S. Frazier
Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Phone:  (618) 687-5707
Fax:  (618) 687-5710

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing instrument was served upon all interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Carbondale, Illinois on the 1st day of March, 2012.

Dan Cavaness
305 W. White
Marion, IL 62959

Sarah Jane Childers
11031 Limb Branch Lane
Marion, IL  62959

U.S. Department of Justice
U.S. Trustee, Region X
Becker Building
401 Main, Room 1100
Peoria, IL  61602

                                         /s/ Dana S. Frazier
                                        Dana S. Frazier, 06242921
                                        Attorney for Trustee

Dana S. Frazier
Chapter 7 Trustee
P.O. Box 159
Murphysboro, IL  62966
Phone:  (618) 687-5707
Fax:  (618) 687-5710